AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | | |
|---|---|---|
| JASON TOWBRIDGE | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:19-CV-0900-MRB-SKB |
| GRAHAM PACKAGING COMPANY, L.P. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Graham Packaging PET Technologies, Inc.                                                             .

Date:     12/23/19                                                         /s/ Drew M. Hicks
                                                                                            *Attorney's signature*

                                                                                    Drew M. Hicks (0076481)
                                                                                    *Printed name and bar number*

                                                                                    Keating Muething & Klekamp, PLL
                                                                                    One East 4th Street, Suite 1400
                                                                                    Cincinnati, Ohio 45202

                                                                                            *Address*

                                                                                    dhicks@kmklaw.com
                                                                                            *E-mail address*

                                                                                    (513) 579-6400
                                                                                    *Telephone number*

                                                                                    (513) 579-6457
                                                                                            *FAX number*