**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Jason Towbridge,

    Plaintiff,

        v.                                                            Case No.   1:19cv900

Graham Packaging Company,                        Judge Michael R. Barrett

    Defendant.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on September 17, 2020 (Doc. 24).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the R&R in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 22) have been filed.

Accordingly, it is **ORDERED** that the R&R (Doc. 24) of the Magistrate Judge is hereby **ADOPTED.** Consistent with the recommendation by the Magistrate Judge, defendant's motion which is construed as a Rule 37 dismissal (Doc. 23) is **GRANTED**, and this case is **dismissed with prejudice** for failure to prosecute. The Clerk is directed to serve the plaintiff at his alternate address of 5 Yager Ct., Erlanger, KY 41018.

    **IT IS SO ORDERED.**

                                                                              *s/Michael R. Barrett*
                                                                              Michael R. Barrett, Judge
                                                                              United States District Court