**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Jason Towbridge,

    Plaintiff,

        v.                                    Case No.   1:19cv900

Graham Packaging Company,               Judge Michael R. Barrett

    Defendant.

## JUDGMENT IN A CIVIL CASE

[   ]   **JURY VERDICT**: This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[ X]   **DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**   The Report and Recommendation (Doc. 24) is adopted; the defendant's motion which is construed as a Rule 37 dismissal (Doc. 23) is **GRANTED**, and this case is **dismissed with prejudice** for failure to prosecute.

Date: October 8, 2020                                Richard W. Nagel, Clerk
                                                                Clerk

                                        By:        *S/Barbara A. Crum*
                                                              Deputy Clerk